# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| LETRICIA L. RIVAS,<br><br>Plaintiff,<br><br>v.<br><br>HOLIDAY FINANCE CORPORATION,<br><br>Defendant. | Case No. 7:21-cv-00455 |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, LETRICIA L. RIVAS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, HOLIDAY FINANCE CORPORATION, with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: June 10, 2022

Respectfully submitted,

**LETRICIA L. RIVAS**
*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Counsel for Plaintiff
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8180
mbadwan@sulaimanlaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that on June 10, 2022, I electronically filed the foregoing with the Clerk of the Court for the Southern District of Texas by using the CM/ECF system.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
